# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
**United States District Court**
**Southern District of New York**

Mag. Dkt. No. **24 Mag. 3309**　　　　　　　　　　Date **11/5/2024**

USAO No. **2024R00863**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　　☐ Removal Proceedings in

*United States v.* **Lenin Abreu-Valerio**

The Complaint/Rule 40 Affidavit was filed on **9/12/2024**

✓ *U.S. Marshals please withdraw warrant*

**Connie Dang**
Digitally signed by Connie Dang
Date: 2024.11.05 17:06:32 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Connie L. Dang**

(print name if signature handwritten)

**SO ORDERED:**

DATE: November 6, 2024

*Jennifer E. Willis*
UNITED STATES MAGISTRATE JUDGE